In re CHARGES OF UNPROFESSIONAL CONDUCT AGAINST PANEL FILE NUMBER 92–33, an Attorney at Law of the State of Minnesota.

No. C5–93–589.

Supreme Court of Minnesota.

Nov. 17, 1993.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the affirmance by a panel of the Lawyers Professional Responsibility Board of an admonition issued by the Director to respondent be, and the same is, vacated on the basis that the application of Minnesota Rules of Professional Conduct, Rule 4.2 (1993) to the facts of this case is unclear.

BY THE COURT:

/s/ Alexander M. Keith
ALEXANDER M. KEITH
Chief Justice